UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BOBBY SHOMER,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP; MTC FINANCIAL; and DOES 1-50,<br><br>    Defendants. | Case No. 2:11-cv-00346-MMD-PAL<br><br>ORDER |

    Pursuant to Local Rule 16-5 and the Court's Civil Standing Order, it is ordered that the parties schedule a settlement conference with the Magistrate Judge within fifteen (15) days from the date of this Order.

    DATED THIS 21st day of December 2012.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE