UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BOBBY SHOMER, | Case No. 2:11-cv-00346-MMD-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP; MTC FINANCIAL; and DOES 1-50, | |
| Defendants. | |

Pursuant to Local Rule 16-5 and the Court's Civil Standing Order, it is ordered that the parties schedule a settlement conference with the Magistrate Judge within fifteen (15) days from the date of this Order.

DATED THIS 21st day of December 2012.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE