ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: christina.bhirud@akerman.com

*Attorneys for Defendant Bank of America, N.A.,
as Bank of America, NA and as successor by
merger to BAC Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOBBY SHOMER,<br><br>　　　　　　　Plaintiff.<br><br>vs.<br><br>Bank of America, N.A.; BAC HOME LOANS SERVICING, LP; MTC FINANCIAL; and DOES 1-50,<br><br>　　　　　　　Defendants. | Case No.: 2:11-cv-00346-MMD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Bobby Shomer (**Shomer**), and defendant Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP (**BANA**), hereby stipulate and agree that the above-entitled matter shall be dismissed with prejudice against BANA.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

{26012925;1}                                                                 1

The parties also stipulate and agree that each party shall bear its own attorney's fees and costs.

DATED this 21st day of March, 2013.                                  DATED this 21st day of March, 2013.


**AKERMAN SENTERFITT LLP**                                           **KERN LAW, LTD.**


 /s/ Christina S. Bhirud                                              /s/  Robert J. Kern
ARIEL E. STERN, ESQ.                                                 ROBERT J. KERN, ESQ.
Nevada Bar No. 8276                                                  Nevada Bar No. 10104
CHRISTINA S. BHIRUD, ESQ.                                            6787 Tropicana Ave., Suite 243
Nevada Bar No. 11462                                                 Las Vegas, Nevada  89103
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144                                             *Attorneys for Plaintiff*

*Attorneys for Defendant*
*Bank of America, N.A., as Bank of America, NA*
*and as successor by merger to BAC Home Loans*
*Servicing, LP*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT JUDGE

Dated: March 21, 2013

{26012925;1}                                      2